

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-14-00276-CV

Martin M. **PARRA**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20505
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Because the clerk's record that was filed in this appeal on May 22, 2014, did not contain a final, appealable order, appellant was ordered to show cause why this appeal should not be dismissed for lack of jurisdiction. On June 6, 2014, appellant responded and attached an order signed by the trial court compelling arbitration. An order compelling arbitration, however, is not an appealable order. *See In re Gulf Exploration,* LLC, 289 S.W.3d 836, 839-40 (Tex. 2009). It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are suspended pending our resolution of the jurisdictional issue.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court